**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6818**

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

v.

GILBERTO PULIDO RIVAS,

> Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:20-cr-00157-WO-1)

Submitted:  January 23, 2025                              Decided:  January 28, 2025

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gilberto Pulido Rivas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gilberto Pulido Rivas appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. "We review a district court's decision [whether] to reduce a sentence under 18 U.S.C. § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The court clearly understood its authority to reduce Rivas's sentence, but it appropriately exercised its discretion to deny a reduction based on its review of the 18 U.S.C. § 3553(a) factors. Accordingly, we deny Rivas's motion for the appointment of counsel, and we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2